## VIGAL v. THE STATE.

(Decided November 19th, 1914.)

APPEAL from Russell Circuit Court.

Heard before Hon. M. SOLLIE.

No counsel marked for appellant. ROBERT C. BRICKELL, Attorney General, for the State.

Per curiam. Appeal dismissed for want of prosecution.

---

## WASHINGTON v. THE STATE.

(Decided November 19th, 1914.)

APPEAL from Elmore Circuit Court.

Heard before Hon. W. W. PEARSON.

H. J. LANCASTER, for appellant. ROBERT C. BRICKELL, Attorney General, for the State.

PELHAM, P. J.—No error and the judgment is affirmed.

---

## WEEKS v. BAXTER & CO.

(Decided November 12th, 1914.)

APPEAL from Mobile Law and Equity Court.

Heard before Hon. SAFFOLD BERNEY.

No counsel marked for either party.

Per curiam. Affirmed.

---

## WILLIAMS v. THE STATE.

(Decided November 19th, 1914.)

APPEAL from Russell Circuit Court.

Heard before Hon. M. SOLLIE.

No counsel marked for appellant. ROBERT C. BRICKELL, Attorney General, for the State.

Per curiam. Appeal dismissed for want of prosecution.